AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
ANY AND ALL FUNDS ON DEPOSIT LOCATED AT ) Case No.   2:18-mc-13933
FIRST AMERICAN BANK, ACCOUNT NUMER: )
4472648 )

**SEALED SENSITIVE MATERIAL**

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the ___Eastern___ District of ___Louisiana___ is subject to forfeiture to the United States of America under ___21___ U.S.C. § ___853(f)___ *(describe the property)*:

and pursuant to 18 U.S.C. § 981(b): ANY AND ALL FUNDS ON DEPOSIT LOCATED AT FIRST AMERICAN BANK, ACCOUNT NUMBER 4472648, IN THE NAME OF FIRST AMERICAN BANK.

The application is based on these facts:

☑ Continued on the attached sheet.

_____
*Applicant's signature*

SA KRISTA C BRADFORD, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   12/18/2018

_____
*Judge's signature*

HON. DANIEL E. KNOWLES, III, U.S. MAG. JUDGE
*Printed name and title*

City and state:  New Orleans, Louisiana

## AFFIDAVIT FOR A SEIZURE WARRANT

I, Krista C. Bradford, first being duly sworn, depose and state:

### BACKGROUND OF AFFIANT

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and I have been so employed for approximately eight years. I am currently assigned to the white-collar crime squad in the New Orleans Field Office. My duties and responsibilities include investigating complex financial crimes, including wire fraud and money laundering.

2. In my capacity as a Special Agent, I have been involved with numerous investigations related to financial crimes and other violations of Title 18, United States Code.

3. In the course of my employment with the FBI, I have been personally involved as the case agent in the investigation of **JACK DAKORU (DAKORU), NOJEEM OLANREWAJU BADA (BADA),** and **DAMILOLA LAST NAME UNKNOWN (DAMILOLA LNU).** As such, I am familiar with the facts and circumstances surrounding this investigation from my own investigative activities and from information obtained from other law enforcement officers and professionals with personal knowledge of the facts. Based upon my investigation and the information contained in this Affidavit, it is my belief that **DAKORU, BADA,** and **DAMILOLA LNU** have engaged in wire fraud, in violation of Title 18 U.S.C. § 1343 and one or more conspiracies to engage in wire fraud, in violation of Title 18 U.S.C. § 1343 and 1349. Based upon my experience and training, I am also aware of the fact that wire fraud violations under 18 U.S.C. § 1343 constitute a "Specified Unlawful Activity," as set forth in 18 U.S.C. § 1956(c)(7)(F).

4. This affidavit is made in support of the Government's application for a seizure warrant for **ANY AND ALL FUNDS ON DEPOSIT LOCATED AT FIRST AMERICAN BANK,**

1

**ACCOUNT NUMBER: 4472648, IN THE NAME OF FIRST AMERICAN BANK,** which contains the proceeds of, among other things, wire fraud and which funds have been involved in money laundering. 18 U.S.C. §§ 1343 and 1956.

5. Since this affidavit is being submitted for the limited purpose of obtaining a seizure warrant for First American Bank account number 4472648, I have not included every fact known to me concerning this investigation. I have set forth only the facts necessary to establish probable cause that a federal crime has been committed and that proceeds connected to this crime are currently held in the account to be seized.

## INTRODUCTION

6. On November 9, 2018, First American Bank transferred the subject funds for which this application for a seizure warrant is presented, from account ending with the last four digits 4725, which is held by Bourg Marine, Inc. Upon the Bank's own investigation, it transferred the funds into an account that it controls, thereby preventing the dissipation of same.

## FACTS ESTABLISHING PROBABLE CAUSE

7. On or about November 8, 2018, a First American Bank representative contacted the New Orleans FBI office to discuss suspicious activity related to a business account held by Bourg Marine, Inc.

8. The representative of First American Bank told the FBI that he was contacted by Santander Bank in Pennsylvania on or around November 6, 2018, and Santander Bank provided the following relevant information:

   a. Santander Bank customer LiMa[1] had wired $15,000 to the Bourg Marine, Inc.

---

[1] All alleged victims in this affidavit will be referred to by acronym. Open source reporting and Santander Bank representatives identified LiMa as a 74 year old female.

account on or about October 31, 2018.

b. LiMa attempted to wire an additional $25,000 to Bourg Marine, Inc. on or about November 6, 2018, but was stopped by bank employees due to concerns about the transfer.

c. When questioned by a Santander Bank representative, LiMa reported that she was a widow and had been corresponding with a man online, via WhatsApp[2], and had started an online romance.

d. LiMa further explained that the man who she was communicating with indicated his name was "Chris Michael Sandler."

e. LiMa further explained that she and Chris Michael Sandler had made plans to move in together and live on a houseboat.

f. LiMa stated she was transferring the $15,000 to pay for supplies and the boat.

g. Santander Bank employees concluded LiMa was the victim of elder abuse and a romance scam[3].

9. According to Santander Bank representatives, LiMa provided them with some of her communications with Chris Michael Sandler, via WhatsApp. The communications included the following:

a. On November 2, 2018, LiMa sent Chris Michael Sandler her bank statement showing she transferred $15,000 from her IRA. Chris Michael Sandler replied, "Please try all you can for me my love so I'll get the items delivered. We've already invested over a million dollar on the items. I'll make a total transfer of $89,000

---

[2] WhatsApp is a messaging platform, used for voice and text communication.
[3] Romance scams typically target older, widowed or divorced women and are usually carried out by Nigerian criminal groups. https://www.fbi.gov/news/stories/romance-scams

3

       back into your account as interest after I get my account unfrozen. Please I glad they agree to $25,000 to have it ship."

   b. On November 5, 2018, Chris Michael Sandler writes to LiMa, "I've written to the company and they said you should send the $25,000 so they can ship the item. I've agreed to pay the balance before the 8th of November which I'll do. So honey try and send the money to them today so I can get the items in Alaska."

   c. On November 6, 2018, Chris Michael Sandler sent bank account information for a different account, in Chino, California, for LiMa to wire the $25,000.

10. On about November 6, 2018, First American Bank spoke with the account holders and owners of Bourg Marine, Inc., based in Kenner, Louisiana.

11. The owners of Bourg Marine, Inc. explained to First American Bank representatives that they were brokers for boat sales. When questioned about the October 31, 2018, wire transfer from LiMa, the owners of Bourg Marine, Inc. stated they were in the process of brokering the sale of a boat to **DAKORU**. The boat is called the Soya Tide and is owned by Tidewater, Inc. **DAKORU** had informed the owners of Bourg Marine, Inc. there would be numerous wire transfers into their account because he had investors who were contributing to the purchase of the boat.

12. When informed by representatives of First American Bank of the possible elder abuse and romance scam involving LiMa, the Bourg Marine, Inc. account holders agreed to allow the bank to transfer all the funds related to **DAKORU** into account number 4472648, operated and controlled by the First American Bank, and allow the bank to investigate and determine if there were any other fraudulent transfers.

13. Records provided to the FBI by First American Bank on November 19, 2018, show that

between October 4, 2018, and November 6, 2018, not less than $477,970 was deposited on behalf of **DAKORU** from eight businesses and six individuals, including LiMa. Of the $477,970, $15,000 was returned to LiMa by First American Bank, $115,000 was sent by Bourg Marine, Inc. to Sonatide Marine, Ltd, a subsidiary of Tidewater, Inc., for payment toward the Soya Tide boat, and $347,970 remained in account number 4472648, controlled by First American Bank.

14. The following fourteen transactions were identified as related to **DAKORU's** boat purchase:

| DATE | ORIGINATOR | AMOUNT |
| --- | --- | --- |
| 10/04/2018 | JeBi[4], Goose Creek, South Carolina | $10,000 |
| 10/05/2018 | Ganiu Akintundi Alamu, Marietta, Georgia | $86,100 |
| 10/09/2018 | Emmanuel Ugbaja, Duluth Georgia | $40,000 |
| 10/11/2018 | Stoich Investments, LLC, Marietta, Georgia | $29,000 |
| 10/12/2018 | Allied-West Merchants, LLC, Brentwood, California | $37,720 |
| 10/15/2018 | Time Music Publishers, LLC, Narcrosse, Georgia | $40,500 |
| 10/18/2018 | Oarhi Trading, LLC, Atlanta, Georgia | $30,000 |
| 10/22/2018 | Stoich Investments, LLC, Marietta, Georgia | $24,150 |
| 10/22/2018 | Nojeem Olanrewaju Bada, Lawrenceville, Georgia | $30,500 |
| 10/23/2018 | Advance Tech Services, LLS, Atlanta, Georgia | $75,000 |
| 10/25/2018 | DiGo[5], San Jose, California | $28,000 |
| 10/31/2018 | LiMa, Reading, Pennsylvania | $15,000 |
| 11/02/2018 | DoGo[6], Reynoldsburg, Ohio | $12,000 |

---

[4] Open source reporting identified JeBi as a 45 year old female.
[5] Open source reporting identified DiGo as a 45 year old female.
[6] Open source reporting identified DoGo as a 71 year old female.

| 11/06/2018 | DECT Investment, LLC[7], Duluth, Georgia | $20,000 |
|---|---|---|
| | **TOTAL** | **$477,970** |

15. **DAKORU** contacted the owners of Bourg Marine, Inc. via email on or about November 19, 2018, and asked for the funds deposited into their account on his behalf to be released to him. The owners of Bourg Marine, Inc. provided him the contact information for the New Orleans Division FBI. **DAKORU** contacted the FBI by telephone on or about November 20, 2018, to request the remainder of the funds be released to him. **DAKORU** told agents he was born in Nigeria, Africa, raised in California, currently lived in Georgia, and was a permanent resident of the United States.

## DAMILOLA LNU

16. **DAKORU** stated he was a boat broker for buyers and spent some time in Nigeria. He indicated he had funds available in a Nigerian bank account and needed to get the money to the United States to purchase the boat from Bourg Marine, Inc. **DAKORU** stated his banker in Nigeria connected him with another banker named **DAMILOLA LNU**, who agreed to assist him with the transfers at a reasonable rate. **DAMILOLA LNU** would transfer United States currency into the Bourg Marine, Inc. account and when **DAKORU** received confirmation from the owners of Bourg Marine, Inc. that the funds had been deposited, **DAKORU** would transfer the equivalent amount of Nigerian naira[8] from his Nigerian account to **DAMILOLA LNU's** Nigerian account.

17. Of the fourteen wire transfers, **DAKORU** indicated **DAMILOLA LNU** was responsible for the transfers from DoGo, LiMa, DiGo, and JeBi.

---

[7] Georgia Secretary of State Records indicate Emmanuel Ugbaja is the organizer of DECT Investments, LLC.
[8] Naira is the currency of Nigeria and is it currently available for exchange with U.S. currency.

6

### *Depositor - DoGo*

18. DoGo was interviewed telephonically by your Affiant on November 26, 2018, and provided the following relevant information:

    a. DoGo was contacted by "Joyce Ada Nwankwo" (Nwankwo) via email. Nwankwo claimed to be located in New York and was employed by UBA Bank.

    b. Nwankwo informed DoGo that DoGo's cousin died fifteen to twenty years ago in Africa and DoGo was in line to inherit approximately $5,500,000 from his estate;

    c. Nwankwo instructed DoGo to wire $12,000 to complete the necessary paperwork to claim her inheritance.

    d. Nwankwo instructed DoGo to wire the funds to an account, which DoGo thought was a "rental or boating company."

19. Records provided to the FBI by First American Bank show a $12,000 wire transfer from DoGo's account, ending with the last four digits 0387, to the Bourg Marine, Inc. account, ending with the last four digits 4725, on November 2, 2018.

### NOJEEM OLANREWAJU BADA

20. **DAKORU** reported to the FBI that he also had an agreement with **BADA** to assist him with transferring funds to purchase the boat. **DAKORU** said he met **BADA** in the United States; however, **BADA** currently resides in Lagos, Nigeria. **BADA** would transfer the United States currency to the Bourg Marine, Inc. account, ending with the last four digits 4725, and when the transfer was confirmed, **DAKORU** would transfer the equivalent amount of Nigerian naira from his Nigerian account to **BADA**'s Nigerian account.

21. Of the fourteen wire transfers, **DAKORU** indicated **BADA** was responsible for the transfers from Ganiu Akintundi Alamu, Emmanuel Ugbaja, Stoich Investments, LLC,

Allied-West Merchants, LLC, Time Music Publishers, LLC, Oarhi Trading, LLC, Advance Tech Services, LLC, and DECT Investment, LLC in addition to **BADA**'s transfer from his own account.

### *Depositor - Time Music Publishers, LLC*

22. Georgia Secretary of State records revealed Time Music Publishers, LLC, is located in Nacrosse, Georgia, and was organized by Victor Onyesoh (Onyesoh).

23. Time Music Publishers, LLC wired $40,500 to the Bourg Marine, Inc. account ending in 4725 from Regions Bank. A representative of Regions bank reported to the FBI on or about November 20, 2018, that Time Music Publisher, LLC's Regions Bank account number 268541651 was opened August 29, 2018 and closed by the bank November 7, 2018, due to suspected fraudulent activities. The following wire transfers represent the only deposits made into account 268541651:

| DATE | ORIGINATOR | AMOUNT |
|---|---|---|
| 09/27/2018 | FrGo[9], Ontario, Canada | $5,790 |
| 10/10/18 | SuKo[10], Allen, Texas | $15,000 |
| 10/11/2018 | SuKo, Allen, Texas | $30,000 |
| | **TOTAL** | **$50,790** |

24. Times Music Publisher, LLC transferred $40,500 to Bourg Marine, Inc. on October 15, 2018. The Regions Bank representative indicated the remainder of the funds appears to have been used for groceries, beer, dining out, and cash withdrawals. When the account was closed by the bank, there was less than $50.00 in the account.

---

[9] FrGo is a female, age unknown.
[10] Open source reporting identified SuKo as a 45 year old female.

25. Agents interviewed Onyesoh on December 3, 2018 and he provided the following relevant information:

   a. He was the organizer of Time Music Publishers, LLC,

   b. Time Music Publishers, LLC, published music for artists, including his own music.

   c. Onyesoh met a man named "Brian" at an open-mic night who said he had investors who wanted to invest money to promote Onyesoh's music. Onyesoh did not know Brian's last name or contact information.

   d. Brian arranged for two investors to deposit funds into Onyesoh's account: FrGo and SuKo. Brian then instructed Onyesoh to transfer the funds to Bourg Marine, Inc. and they would promote his music video.

   e. Onyesoh stated Bourg Marine, Inc. did some promotions for his music video, to include activity on YouTube and commercials.

### 26. Depositor - SuKo

27. SuKo sent two wires totaling $45,000 to Time Music Publishers, LLC. SuKo was interviewed telephonically by the FBI on November 30, 2018, and she provided the following relevant information:

   a. SuKo was a realtor in Texas.

   b. SuKo was contacted via telephone by "Jennifer" from Chase Bank in New York. SuKo did not know Jennifer's last name, but Jennifer said she worked in the back office for Chase Bank.

   c. Jennifer called SuKo from a 1-800 number, which SuKo believed was a Chase Bank number. SuKo was not able to make calls to Jennifer, but could receive calls from her.

    d. Jennifer told SuKo there was a potential client who was supposed to make an investment of at least $20,000,000 in Texas and SuKo could handle his transactions; however, SuKo would need to pay a "recording" amount of $64,000 because the transactions would be so expensive. SuKo was unable to offer an explanation or definition of a "recording."

    e. In order to pay the $64,000, SuKo borrowed funds from a friend and took out a bank loan for $15,000.

    f. SuKo wired $45,000 to Time Music Publishers, LLC, which she believed was a payment towards the "recording."

    g. SuKo was never contacted by the potential client and had not heard from Jennifer for approximately one month at the time of the interview.

28. A review of materials provided by numerous financial institutions show Time Music Publishers, LLC, and/or Onyesoh, along with other individuals and entities, were identified as engaging in a multitude of suspicious activities, including questionable wire transfers and possible elder financial exploitation, in New Jersey, New York, Georgia, California, Texas, Florida, Arizona, Tennessee, and Oregon, involving over $3,850,000 between May 24, 2018, and September 29, 2018.

### *Depositor - Stoich Investments, LLC*

29. According to Georgia Secretary of State records, Stoich Investments, LLC is located in Marietta, Georgia.

30. On or about November 7, 2018, M&T Bank, located in Buffalo, New York, reported to the FBI Buffalo Division that the bank suspected that a fifty-eight year old female bank customer was the victim of a romance scam and had wired approximately $217,500 to

numerous bank accounts.

31. Of the $217,500, the M&T Bank customer wired $40,000 to Suntrust Bank account number 1000212529795, held by Stoich Investments, LLC.

32. The Stoich Investment, LLC Suntrust Bank account 1000212529795 is the same account used to wire $29,000 on October 11, 2018, and $24,150 on October 22, 2018, to the Bourg Marine, Inc. account ending with the last four digits 4725.

33. On December 3, 2018, agents interviewed the purported organizer of Stoich Investments, LLC, as reported by the Georgia Secretary of State, who indicated she was not familiar with the LLC and was not aware that there was an LLC in her name. She further stated she had never held an account at the bank that originated the wire to Bourg Marine, Inc.

34. As of December 6, 2018, **ANY AND ALL FUNDS ON DEPOSIT LOCATED AT FIRST AMERICAN BANK, ACCOUNT NUMBER: 4472648, IN THE NAME OF FIRST AMERICAN BANK** was approximately $347,970. The funds in this account are proceeds of wire fraud, under 18 U.S.C. § 1343, and are, therefore, subject to seizure and, ultimately, forfeiture. Additionally, these funds were involved in financial transactions that constitute money laundering, under 18 U.S.C. § 1956, and are, therefore, subject to seizure and, ultimately, forfeiture.

35. Your affiant is advised that the criminal forfeiture statute provides for restraint of property pending resolution of the criminal case. Accordingly, this affidavit is in support of an Application for a Seizure Warrant to seize the referenced bank account pursuant to 21 U.S.C. § 853(f). That statute provides:

> The Government may request the issuance of a warrant authorizing the seizure of property subject to forfeiture under this section in the same manner as provided for a search warrant. If the Court determines that there is probable cause to believe that the property

to be seized would, in the event of conviction, be subject to forfeiture and that an order under subsection (e) of this section may not be sufficient to assure the availability of the property for forfeiture, the court shall issue a warrant authorizing the seizure of such property.

36. Your affiant's experience leads her to believe that because of the liquid nature of a bank account, the funds on deposit could be easily liquidated. While First American Bank has effectively frozen the subject funds by transferring same to a different account, it is not able to hold the funds indefinitely, nor will the bank continue investigation to identify other fraudulent activities or victims. Additionally, your affiant is aware that multiple parties, including **DAKORU,** have sought the funds.

37. On December 5, 2018, your Affiant received a phone call from **DAKORU** again requesting the funds be released. He also stated an individual involved in the transactions, "Mr. Ejovi," had been arrested in Nigeria because First American Bank funds have been frozen and he is unable to pay his debts. Less than an hour later, Affiant received a phone call from a Nigerian phone number and the caller identified himself as the Deputy Superintendent of Police in Nigeria and wanted to discuss the First American Bank frozen funds. He also stated a "Mr. Ejovi" had filed a formal complaint with the Nigerian police, related to the funds being held. Approximately five hours later, Affiant received another phone call from a different Nigerian number from an individual who identified himself as Oluwasuen Aviz (Aviz). Aviz stated he knew Affiant had already been contacted by police, he indicated he did not believe Affiant had authority to be involved in this matter, and he was going to "run a profile" on your Affiant. When asked where Aviz wired his funds, he indicated they were being held in a JP Morgan Chase account.[11]

---

[11] Investigation has revealed there is another transaction involving DAKORU and Bourg Marine, Inc., related to the sale of two Nigerian boats, also owned by Tidewater, Inc. Tidewater, Inc. identified what they believed to be

38. Your Affiant will continue to investigate the transfers made to the Bourg Marine, Inc. account on behalf of **DAKORU**, in order to identify additional victims of fraudulent activities. Once identified, the FBI will notify them of their victim status and advise them on the process to have their funds returned.

39. As a result, your affiant respectfully submits that a seizure warrant is appropriate because if the bank account is not seized, a restraining order under 21 U.S.C. § 853(e) may not be sufficient to assure the availability of **ANY AND ALL FUNDS ON DEPOSIT LOCATED AT FIRST AMERICAN BANK, ACCOUNT NUMBER: 4472648, IN THE NAME OF FIRST AMERICAN BANK.**

40. Additionally, based upon the underlying fraud, independent seizure authority for the subject funds also exists under 18 U.S.C. § 981(b). Your affiant is aware that, unlike 21 U.S.C. §§ 853(e) – (f), 18 U.S.C. § 981(b) does not require an analysis as to the sufficiency of restraint as opposed to seizure.

41. For the above reasons, your affiant requests, pursuant to 21 U.S.C. § 853(f) and 18 U.S.C. § 981(b), that a seizure warrant be issued for **ANY AND ALL FUNDS ON DEPOSIT**

---

suspicious wire transfers related to the sale, and have chosen to delay the sale and maintain the funds in their JP Morgan Chase account. These funds are not encumbered by the Government or JP Morgan Chase Bank.

42. **LOCATED AT FIRST AMERICAN BANK, ACCOUNT NUMBER: 4472648, IN THE NAME OF FIRST AMERICAN BANK.**

_____
**Krista C. Bradford**
**Special Agent**
**Federal Bureau of Investigation**

Sworn and subscribed before me this 18th day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE